*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
GASTON, LAWRENCE, and STEWART
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Carlos A. ANDERSON-HONEYCUTT**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202000078**

Decided: 10 February 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Keaton H. Harrell

Sentence adjudged 18 November 2019 by a general court-martial convened at Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for seventeen months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Jacqueline M. Leonard, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges, in that it incorrectly indicates that the offenses to which Appellant pleaded and was found guilty under Specifications 2 and 3 of Charge V were violations of a lawful *general* order, as opposed to violations of a lawful order. Although we find no prejudice from this apparent scrivener's error, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

_____

[1] Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

[2] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202000078** |
| **v.** | **ENTRY OF JUDGMENT** |
| **Carlos A. ANDERSON-HONEYCUTT** Corporal (E-4) U.S. Marine Corps *Accused* | *As Modified on Appeal* **10 February 2021** |

On 19 August and 18 November 2019, the Accused was tried at Camp Lejeune, North Carolina, by a general court-martial, consisting of a military judge sitting alone. Military Judge Keaton H. Harrell presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification:** **Sexual Assault on or about 1 February 2019.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Charge II:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:**    **Assault Consummated by a Battery between on or
about 15 November 2018 and on or about
31 December 2018.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:**    **Assault Consummated by a Battery between on or
about 1 December 2018 and on or about
15 December 2018.**

*Plea:* Guilty, except for the words, "unlawfully strike ███████
███████ on the chest by hitting her with his fists," and
substituting therefor the words, "unlawfully shove ████████
███████ on the chest with his hands." Of the excepted
words, Not Guilty. Of the substituted words, Guilty. Of the
Specification as excepted and substituted, Guilty.

*Finding:* Guilty, as excepted and substituted.

**Specification 3:**    **Assault Consummated by a Battery between on or
about 1 December 2018 and on or about
31 December 2018.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 4:**    **Aggravated Assault between on or about
1 December 2018 and on or about 15 December 2018.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Charge III:**    **Violation of Article 128b, Uniform Code of Military Justice,
10 U.S.C. § 928b.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification:**    **Domestic Violence on or about 14 January 2019.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Charge IV:** **Violation of Article 131b, Uniform Code of Military Justice, 10 U.S.C. § 931b.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

> **Specification:** **Obstructing Justice on or about 1 February 2019.**

>> *Plea:* Not Guilty.
>> *Finding:* Dismissed.

**Charge V:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 882.**

> *Plea:* Guilty.
> *Finding:* Guilty.

> **Specification 1:** **Violating a Lawful General Order on or about 14 January 2019.**

>> *Plea:* Guilty.
>> *Finding:* Guilty.

> **Specification 2:** **Violating a Lawful Order on or about 1 February 2019.**

>> *Plea:* Not Guilty.
>> *Finding:* Dismissed.

> **Specification 3:** **Violating a Lawful Order between on or about 2 February 2019 and on or about 9 May 2019.**

>> *Plea:* Not Guilty.
>> *Finding:* Dismissed.

**Charge VI:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 934.**

> *Plea:* Guilty.
> *Finding:* Guilty.

\* *On grounds of unreasonable multiplication of charges, these three specifications were consolidated into a single specification for findings.*

> **Specification 1:** **False Official Statement on or about 20 March 2019.**

>> *Plea:* Guilty.
>> *Finding:* Guilty.\*

**Specification 2:** **False Official Statement on or about 20 March 2019.**

> *Plea:* Guilty.
> *Finding:* Guilty.*

**Specification 3:** **False Official Statement on or about 20 March 2019.**

> *Plea:* Guilty.
> *Finding:* Guilty.*

**Charge VII:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Adultery between on or about 1 December 2018 and on or about 31 December 2018.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Additional Charge:** **Violation of Article 115, Uniform Code of Military Justice, 10 U.S.C. § 915.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Communicating a Threat on or about 5 February 2019.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Second Additional Charge:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

**Specification:** **Extramarital Sexual Conduct on divers occasions between on or about 1 January 2019 and on or about 1 March 2019.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

## SENTENCE

On 18 November 2019, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for seventeen months.**

**A bad-conduct discharge.**

The Accused is credited with having served 193 days' confinement, to be deducted from the adjudged sentence to confinement.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court